IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:08-623 |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| RAY LOVANDA SMITH, | ) | 18 U.S.C. § 924(e) |
| a/k/a "Ray Boy" | ) | **INDICTMENT** |

## **COUNT 1**

THE GRAND JURY CHARGES:

On or about January 11, 2008, in the District of South Carolina, the Defendant, RAY LOVANDA SMITH, a/k/a "Ray Boy," having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Rohm .22 caliber revolver and .22 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

A   True   BILL

  /s/ Grand Jury Foreperson
FOREPERSON

  /s/ W. Walter Wilkins
W. WALTER WILKINS (RMP)
UNITED STATES ATTORNEY

RECORD OF GRAND JURY BALLOT

C/ 4:08-623

THE UNITED STATES V.    RAY LOVONDA SMITH, a/k/a "Ray Boy"

(SEALED UNTIL FURTHER ORDER OF THE COURT)

**RECEIVED**
JUN 24 2008
LARRY W. PROPES, CLERK
FLORENCE, S.C.